# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH DAKOTA

In re: BLANSET, ROBERTA JANE § Case No. 12-10136
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Forrest Allred, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $60,313.95 *(without deducting any secured claims)* | Assets Exempt: $66,197.00 |
| Total Distribution to Claimants: $1,082.11 | Claims Discharged Without Payment: $53,188.57 |
| Total Expenses of Administration: $426.54 | |

3) Total gross receipts of $ 3,057.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,548.35 (see **Exhibit 2**), yielded net receipts of $1,508.65 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $53,986.69 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 426.54 | 426.54 | 426.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 53,574.03 | 18,683.81 | 54,270.68 | 1,082.11 |
| **TOTAL DISBURSEMENTS** | $107,560.72 | $19,110.35 | $54,697.22 | $1,508.65 |

    4) This case was originally filed under Chapter 7 on July 18, 2012. The case was pending for 16 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/21/2013    By: /s/Forrest Allred
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS - Deuel National Bank | 1129-000 | 1,505.48 |
| TAX REFUNDS - 2012 prorated | 1124-000 | 1,551.52 |
| **TOTAL GROSS RECEIPTS** | | **$3,057.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Roberta Jane Blanset | 2012 tax refund refund | 8200-002 | 1,548.35 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,548.35** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 53,986.69 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$53,986.69** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Forrest Allred, Chapter 7 Trustee | 2100-000 | N/A | 377.16 | 377.16 | 377.16 |
| Forrest Allred, Chapter 7 Trustee | 2200-000 | N/A | 9.38 | 9.38 | 9.38 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $426.54 | $426.54 | $426.54 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC | 7100-000 | 4,830.23 | 5,112.33 | 5,112.33 | 296.10 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 2,367.09 | 2,435.59 | 2,435.59 | 141.06 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | 4,787.17 | 4,864.31 | 4,864.31 | 281.73 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | 928.27 | 999.89 | 999.89 | 57.91 |
| 5 | FIA CARD SERVICES, N.A. | 7100-000 | 2,748.13 | 2,776.27 | 2,776.27 | 160.79 |
| 6 | Capital Recovery V, LLC | 7100-000 | 1,372.60 | 1,496.87 | 1,496.87 | 86.69 |
| 7 | eCAST Settlement Corp, | 7100-000 | 953.67 | 998.55 | 998.55 | 57.83 |
| NOTFILED | NCO Financial | 7100-000 | 2,650.00 | N/A | 2,650.00 | 0.00 |
| NOTFILED | Sanford Health | 7100-000 | 426.00 | N/A | 426.00 | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 6,605.74 | N/A | 6,605.74 | 0.00 |
| NOTFILED | ACS | 7100-000 | 13,375.76 | N/A | 13,375.76 | 0.00 |
| NOTFILED | ACS | 7100-000 | 12,529.37 | N/A | 12,529.37 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| **TOTAL GENERAL UNSECURED CLAIMS** | $53,574.03 | $18,683.81 | $54,270.68 | $1,082.11 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-10136  
**Case Name:** BLANSET, ROBERTA JANE

**Trustee:** (610080) Forrest Allred, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 07/18/12 (f)  
**§341(a) Meeting Date:** 08/21/12

**Period Ending:** 11/21/13

**Claims Bar Date:** 06/13/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY | 56,000.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS - Deuel National Bank - 726 | 444.97 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS - Service First FCU 500 | 13.98 | 0.00 | | 0.00 | FA |
| 4 | BANK ACCOUNTS - Service First FCU - 057 | 40.00 | 0.00 | | 0.00 | FA |
| 5 | BANK ACCOUNTS - Service First FCU - 057 | 33.00 | 0.00 | | 0.00 | FA |
| 6 | BANK ACCOUNTS - Deuel National Bank | 12.00 | 0.00 | | 0.00 | FA |
| 7 | BANK ACCOUNTS - Deuel National Bank | 1,748.53 | 1,505.48 | | 1,505.48 | FA |
| 8 | HOUSEHOLD GOODS AND FURNISHINGS | 1,020.00 | 0.00 | | 0.00 | FA |
| 9 | WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 10 | TAX REFUNDS - 2012 prorated | 1,646.37 | 3.17 | | 1,551.52 | FA |
| 11 | AUTOMOBILES - 1997 Chevy Suburban | 1,500.00 | 0.00 | | 0.00 | FA |
| 12 | BANK ACCOUNTS - 1997 Buick Lasaber | 250.00 | 0.00 | | 0.00 | FA |
| 13 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 200.00 | 0.00 | | 0.00 | FA |
| 14 | INVENTORY | 600.00 | 0.00 | | 0.00 | FA |
| 14 | **Assets   Totals** (Excluding unknown values) | **$63,708.85** | **$1,508.65** | | **$3,057.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Complete TDR

**Initial Projected Date Of Final Report (TFR):**   July 18, 2012      **Current Projected Date Of Final Report (TFR):**   July 16, 2013  (Actual)

Printed: 11/21/2013 12:16 PM    V.13.13

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-10136
**Case Name:** BLANSET, ROBERTA JANE

**Taxpayer ID #:** **-***3794
**Period Ending:** 11/21/13

**Trustee:** Forrest Allred, Chapter 7 Trustee (610080)
**Bank Name:** Rabobank, N.A.
**Account:** ****582966 - Checking Account
**Blanket Bond:** $19,324,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/11/13 | {7} | Roberta Blanset | excess exemptions | 1129-000 | 50.00 | | 50.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 40.00 |
| 04/29/13 | | United States Treasury | 2012 tax refund intercept | | 3,007.00 | | 3,047.00 |
| | {7} | | excess exemptions     1,455.48 | 1129-000 | | | 3,047.00 |
| | {10} | | excess exemptions     1,551.52 | 1124-000 | | | 3,047.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,037.00 |
| 05/02/13 | 101 | Roberta Jane Blanset | 2012 tax refund refund | 8200-002 | | 1,548.35 | 1,488.65 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,478.65 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,468.65 |
| 07/23/13 | 102 | Forrest Allred, Chapter 7 Trustee | Dividend paid 100.00% on $377.16, Trustee Compensation;  Reference: | 2100-000 | | 377.16 | 1,091.49 |
| 07/23/13 | 103 | Forrest Allred, Chapter 7 Trustee | Dividend paid 100.00% on $9.38, Trustee Expenses;  Reference: | 2200-000 | | 9.38 | 1,082.11 |
| 07/23/13 | 104 | PYOD, LLC | Dividend paid  5.79% on $5,112.33; Claim# 1; Filed: $5,112.33; Reference: | 7100-000 | | 296.10 | 786.01 |
| 07/23/13 | 105 | Capital One Bank (USA), N.A. | Dividend paid  5.79% on $2,435.59; Claim# 2; Filed: $2,435.59; Reference: | 7100-000 | | 141.06 | 644.95 |
| 07/23/13 | 106 | FIA CARD SERVICES, N.A. | Dividend paid  5.79% on $4,864.31; Claim# 3; Filed: $4,864.31; Reference: | 7100-000 | | 281.73 | 363.22 |
| 07/23/13 | 107 | FIA CARD SERVICES, N.A. | Dividend paid  5.79% on $999.89; Claim# 4; Filed: $999.89; Reference: | 7100-000 | | 57.91 | 305.31 |
| 07/23/13 | 108 | FIA CARD SERVICES, N.A. | Dividend paid  5.79% on $2,776.27; Claim# 5; Filed: $2,776.27; Reference: | 7100-000 | | 160.79 | 144.52 |
| 07/23/13 | 109 | Capital Recovery V, LLC | Dividend paid  5.79% on $1,496.87; Claim# 6; Filed: $1,496.87; Reference: | 7100-000 | | 86.69 | 57.83 |
| 07/23/13 | 110 | eCAST Settlement Corp, | Dividend paid  5.79% on $998.55; Claim# 7; Filed: $998.55; Reference: | 7100-000 | | 57.83 | 0.00 |

|  |  | ACCOUNT TOTALS | 3,057.00 | 3,057.00 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 0.00 | |
|  |  | **Subtotal** | 3,057.00 | 3,057.00 | |
|  |  | Less: Payments to Debtors | | 1,548.35 | |
|  |  | **NET Receipts / Disbursements** | **$3,057.00** | **$1,508.65** | |

{} Asset reference(s)

Printed: 11/21/2013 12:16 PM     V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-10136 | **Trustee:** Forrest Allred, Chapter 7 Trustee (610080) |
| **Case Name:** BLANSET, ROBERTA JANE | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****582966 - Checking Account |
| **Taxpayer ID #:** **-***3794 | **Blanket Bond:** $19,324,000.00  (per case limit) |
| **Period Ending:** 11/21/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****582966** | 3,057.00 | 1,508.65 | 0.00 |
| | $3,057.00 | $1,508.65 | $0.00 |

{} Asset reference(s)

Printed: 11/21/2013 12:16 PM     V.13.13